1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6488
7         FAX: (415) 436-7234
          marc.wolf@usdoj.gov
8
   Attorneys for United States of America
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,          ) No. CR-13-0327 CRB
                                        )
14 |     Plaintiff,                     ) STIPULATION AND [PROPOSED] ORDER
                                        ) CONTINUING SENTENCING HEARING TO
15 |   v.                               ) APRIL 19, 2017
                                        )
16 | JOSEPH LOPES,                      )
                                        )
17 |     Defendant.                     )
                                        )
18

19      The parties stipulate to continue the October 26, 2016 sentencing date to April 19, 2017 at 10:00

20 a.m.  As previously discussed in Court, sentencing in this case will follow sentencing in the Hawaiian

21 case which is now scheduled for March 9, 2017.

22      The government has discussed this new sentencing date with the defense attorney, who has no

23 objection to this continuance.

24      IT IS SO STIPULATED.

25 DATED: October 19, 2016                    BRIAN J. STRETCH
                                              United States Attorney
26
                                                    /s/
27                                            MARC PRICE WOLF
                                              Assistant United States Attorney
28

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING
CR 13-0327 CRB

1 | DATED: October 19, 2016

/s/
STEVEN F. GRUEL
Attorney for Joseph Lopes

### [PROPOSED] ORDER

Based on the above stipulation, and good cause appearing, sentencing in this case is rescheduled to April 19, 2017 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 10/21/2016

HONORABLE CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING
CR 13-0327 CRB